# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES W. TOWNSEND**                                                         **PLAINTIFF**

V.                  **CASE NO. 1:16-CV-00123-KGB-BD**

**GEORGE CATRON, et al.**                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit on behalf of himself and others, including Charles Townsend. (Docket entry #1) Because Mr. Townsend did not submit an *in forma pauperis* (IFP) application or pay a filing fee, the Court ordered him to do one or the other by December 1, 2016. (#5)

On November 1, 2016, the Court instructed the Clerk to update Mr. Townsend's address and send him a non-prisoner IFP application at his private address in Bentonville, Arkansas.  (#4)  In that Order, Mr. Townsend was directed to return the IFP application by December 1, 2016 if he wanted to proceed with this lawsuit.  The Court specifically cautioned Mr. Towsend that his failure to comply with the Court's Order could result in the dismissal of his claims, without prejudice.  Local Rule 5.5(c)(2).

As of this date, Mr. Townsend has failed to respond to the Court's November 1 Order.  The deadline for complying with the Court's Order has expired.

**III.**     **Conclusion**

The Court recommends that Mr. Townsend's claims be DISMISSED, without prejudice, based on his failure to address the filing fee requirement, as ordered.

DATED this 1st day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE