# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES W. TOWNSEND**                                           **PLAINTIFF**

v.                **Case No. 1:16-cv-00123-KGB-BD**

**GEORGE CATRON,** *et al.*                                        **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6).  Plaintiff Charles Townsend has not filed any objections to the Recommended Disposition, and the time for filing objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6).  It is therefore ordered that Mr. Townsend's complaint is dismissed without prejudice.

Dated this 10th day of January, 2017.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge