## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHARLES W. TOWNSEND**                                                                **PLAINTIFF**

**v.**                          **Case No. 1:16-cv-00123-KGB-BD**

**GEORGE CATRON,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 10th day of January, 2017.

_____
Kristine G. Baker
United States District Judge